EMANUEL GERLI et al., respondents,

*v.*

NEW JERSEY SILK COMPANY, appellant.

[Argued March 13th, 1912. Decided June 20th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson.

*Messrs. Carrick & Wortendyke,* for the respondents.

*Messrs. McDermott & Enright,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY—15.